**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EMULEX CORPORATION, a Delaware corporation, and EMULEX CORPORATION, a California corporation and subsidiary,<br><br>Plaintiffs,<br><br>v.<br><br>BROADCOM CORPORATION, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV09-1310 JVS (RNBx)<br><br>Hon. James V. Selna<br><br>**ORDER ON JOINT STIPULATION TO DISMISS ACTION** |

1  Pursuant to Local Rule 7-1, Emulex Corporation, a Delaware corporation, and
2  Emulex Corporation, a California corporation and subsidiary, (collectively "Emulex")
3  and Broadcom Corporation ("Broadcom") filed a joint stipulation on April 3, 2012,
4  whereby Emulex and Broadcom agreed that this action should be dismissed without
5  prejudice.

## ORDER

Based on the above-referenced stipulation of the parties, and good cause appearing, IT IS ORDERED that this entire action is hereby dismissed without prejudice.

DATED: April 04, 2012

_____
Hon. James V. Selna
United States District Court

101264533.1